1

**Leonard C. Herr, Esq (SBN 081896)**
**HERR PEDERSEN & BERGLUND LLP**
**100 Willow Plaza, Suite 300**

2

**Visalia, California 93291**
**Telephone: (559) 636-0200**

3

**Facsimile: (559) 636-9759**

4

**Mark L. Nations, Interim County Counsel**
**Andrew C. Thomson, Deputy (SBN 149057)**

5

**OFFICE OF THE COUNTY COUNSEL**
**1115 Truxtun Avenue, Fourth Floor**

6

**Bakersfield, CA 93301**
**Telephone: (661) 868-3800**

7

**Facsimile: (661) 868-3805**

8

**Attorneys for Defendants County of Kern, Deputy Bravo,**
**Detectives Brewer, Rutledge, Kimmel, and Sergeant Smallwood**

9

10

**UNITED STATES DISTRICT COURT**

11

**EASTERN DISTRICT OF CALIFORNIA**

12

**FRANCISCO ARRIETA, et. a1.**                ) **CASE NO.: 1:15-cv-00706-LJO JLT**
                                                                            )
13

   **Plaintiffs,**                                          ) **LEAD CASE NO:1:14-cv-00400 LJO JLT**
      **v.**                                                    )
14

                                                                            ) **Member Case Nos**
15

**COUNTY OF KERN, DETECTIVE**           ) **1:14-cv-OO401 LJO JLT**
**BREWER, DETECTIVE KIMMEL,**             ) **1:14-cv-00402 LJO JLT**
16

**SARGENT SMALLWOOD ,and**               ) **1:14-cv-00403 LJO JLT**
**DOES 1 to 100, Inclusive,**                   ) **1:14-cv-00404 LJO JLT**
17

                                                                            ) **1:14-cv-00717 LJO JLT**
18

   **Defendants.**                                        )
                                                                            ) **STIPULATION FOR DISMISSAL OF**
19

                                                                            ) **DEFENDANTS; [~~PROPOSED~~] ORDER**
                                                                            ) **CLOSING CASE**
20

                                                                            )
                                                                            )
21

22

   **COME NOW** the Parties to this matter, and stipulate that the entire matter, including all

23

cases against Defendants County of Kern, Bravo, Brewer, Rutledge, Kimmel, and Smallwood

24

should be dismissed with prejudice.

25

   Plaintiffs Maria Melendez, Melissa Quair, Sulina Quair, Francisco Arrieta, Laura

26

Vasquez, and T.A., a minor, by and through his guardian ad litem Maria Guerrero (hereinafter

27

28

1

1  collectively "Plaintiffs"), are represented by their counsel of record Daniel Rodriguez and

2  Chantal Trujillo, of  Rodriguez & Associates.

3        Defendants County of Kern, Defendants Bravo, Brewer, Rutledge, Kimmel, and

4  Smallwood (hereinafter collectively "Defendants") are represented by their counsels of record

5  Leonard C. Herr of Herr Pedersen & Berglund and Andrew C. Thomson of the Office of Kern

6  County Counsel.

7        Plaintiffs and Defendants (hereinafter collectively identified as the "Parties") stipulate

8  and provide as follows:

9        **IT IS HEREBY STIPULATED** by and between the Parties to this action through their

10  designated counsel, that all of the above-captioned cases be dismissed with prejudice in their

11  entireties as to each and every complaint, allegation and/or cause of action against Defendants;

12  specifically Plaintiffs agree to the dismissal of the entire applicable multi-case action, including

13  all complaints and/or causes of action filed by Plaintiffs, as against each and every Defendant

14  named in any and all of the aforementioned applicable multi-case actions.

15        **IT IS FURTHER STIPULATED** that the aforementioned dismissal is in consideration

16  of a resolution of the matter by the Parties, and that each party hereby agrees to bear all of their

17  own costs and attorney's fees with respect to this litigation.

Dated: March 7, 2017                    **RODRIGUEZ & ASSOCIATES**

18

19                                    By_/s/ Chantal A. Trujillo_____

20                                       Daniel Rodriguez and Chantal A. Trujillo
                                         Attorneys for Plaintiffs
21

Dated: March 7, 2017                    **HERR PEDERSEN & BERGLUND, and**
22                                       **OFFICE OF KERN COUNTY COUNSEL**

23

24                                    By /s/  Andrew C. Thomson_____

25                                        Leonard C. Herr and Andrew C. Thomson
                                          Attorneys for Defendants

26

27

28

2

**Stipulation For Dismissal of Defendants County, Bravo, Brewer, Rutledge, Kimmel and Smallwood**

1

**ORDER**

2      The parties have filed a stipulation to dismiss this action. (Doc. 22)  Federal Rules of Civil

3   Procedure 41(a)(1) provides, "the plaintiff may dismiss an action without a court order by filing:

4   . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a).

5   Once such a notice has been filed, an order of the Court is not required to make the dismissal

6   effective. Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir.

7   1997).  Thus, the Clerk of Court is DIRECTED to close this action in light of the stipulation as

8   dictated by Rule 41(a).

9

10

11   IT IS SO ORDERED.

12      Dated:   **March 10, 2017**                    **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**Stipulation For Dismissal of Defendants County, Bravo, Brewer, Rutledge, Kimmel and Smallwood**